IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CAROLYN BALDWIN,                    )
                                   )
            Plaintiff,             )
                                   )        CIVIL ACTION
vs.                                )
                                   )        Case No. 1:24-CV-02349
PETERSON EQUITIES, LLC,            )
                                   )
            Defendant.             )

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CAROLYN BALDWIN, and Defendant, PETERSON EQUITIES, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 3rd day of December, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

*/s/   John K. Crisham*        
John K. Crisham, Esq.
Crisham & Holman LLC
2549 West Main Street, Suite 202
Littleton, CO  80120
Tel:  (720) 739-2175
Email:  john@crishamholman.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December 2024, we electronically filed the

forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL