IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| CAROLYN BALDWIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PETERSON EQUITIES, LLC, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> Case No. 1:24-cv-02349-SBP |

## ORDER OF DISMISSAL

In accordance with the self-executing Joint Stipulation of Dismissal with Prejudice filed December 3, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, PETERSON EQUITIES, LLC, and this entire action, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side to bear their own costs and fees. The Clerk's office shall close this case.

It is so ORDERED this 4th day of December, 2024.

_____
Susan Prose
United States Magistrate Judge